IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEREMIAH JAMES GOODWIN,
   Plaintiff,

v.                                                          Civil No. 3:23cv790 (DJN)

DINWIDDIE COURT,
   Defendant.

**MEMORANDUM OPINION**

Plaintiff, proceeding *pro se*, has submitted this action and applied to proceed *in forma pauperis*. By Memorandum Order entered on November 30, 2023, the Court conditionally docketed the action. (ECF No. 2.) Upon review of Plaintiff's *in forma pauperis* affidavit, it appeared that Plaintiff had sufficient funds in his personal accounts to pay the $402 filing fee. Accordingly, by Memorandum Order entered on January 11, 2024, the Court denied Plaintiff's request to proceed *in forma pauperis*. (ECF No. 4.) The Court explained that if Plaintiff wished to proceed with this action, he must submit the $402 fee to the Court within thirty (30) days of the date of entry thereof. (*Id.*)

More than thirty (30) days have elapsed, and Plaintiff has not paid the $402 filing fee. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                         /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: February 21, 2024